# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **JOHN W. BECK,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case Number: 22-3036 |
| **JACK CAMPBELL, JOHN VONBEHREN, QUENTIN KNOBLOCH, NATION, ZACHARY ROBSON, KEITH KINNEY, WILLIAM BOHM, RENA, REIDY, WOOSLEY, LEE HOFFMAN, BRIAN GROEPER, and DANIEL CORPUS,** | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**. This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff, John W. Beck's, action against Defendants Jack Campbell, John VonBehren, Quentin Knobloch, Nation, Zachary Robson, Keith Kinney, William Bohm, Rena, Reidy, Woosley, Lee Hoffman, Brian Groeper, and Daniel Corpus, is dismissed with prejudice; Plaintiff shall recover nothing on his claims against each of the named Defendants.

**Dated:** 10/5/2022

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

MMM